823 A.2d 803

IN THE MATTER OF MATTHEW JAMES KIRNAN AN
ATTORNEY AT LAW (ATTORNEY NO. 014421986).

June 3, 2003.

## O R D E R

**MATTHEW JAMES KIRNAN** of **VERONA,** who was admitted
to the bar of this State in 1986, having pleaded guilty to one count
of false subscription of a federal income tax return, in violation of
26 *U.S.C.A.* 7206(1), a federal felony, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MAT-
THEW JAMES KIRNAN** is temporarily suspended from the
practice of law pending the final resolution of ethics proceedings
against him, effective immediately and until the further Order of
this Court; and it is further

ORDERED that **MATTHEW J. KIRNAN** comply with *Rule*
1:20–20 dealing with suspended attorneys; and it is further

ORDERED that **MATTHEW J. KIRNAN** be restrained and
enjoined from practicing law during the period of his suspension.